PER CURIAM.
Affirmed. Fuller v. State, 159 Fla. 200, 31 So.2d 259 (1947); Chaudoin v. State, 118 So.2d 569 (Fla. 2d DCA 1960); Richardson v. State, 246 So.2d 771 (Fla.1971); Lynch v. State, 293 So.2d 44 (Fla.1974); Pickrell v. State, 301 So.2d 473 (Fla. 2d DCA 1974); Spinkellink v. State, 313 So.2d 666 (Fla. 1975); Holley v. State, 328 So.2d 224 (Fla. 2d DCA 1976); Vazquez v. State, 350 So.2d 1094 (Fla. 3d DCA 1977); Section 92.36(2), Florida Statutes (1977); Section 400.162, Florida Statutes (1972).